IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DENNIS J. HOPPES

    Petitioner,

-vs-

GREGORY SCOTT,

    Respondent.                    No. 15-cv-610-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on October 13, 2016 (Doc. 25), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 is **DISMISSED with prejudice.** Judgment is in favor of the respondent.

                                    JUSTINE FLANAGAN,
                                    ACTING CLERK OF COURT


                                    BY:  s/*Caitlin Fischer*
                                              **Deputy Clerk**

**DATED:** October 14, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.10.14 09:33:50 -05'00'

**APPROVED:**
    **U.S. DISTRICT JUDGE**
    **U. S. DISTRICT COURT**